IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IDRIS IBRAHIM SIDDIQI,** ) | |
| ) | |
| Plaintiff, ) | Civil No. **06-961 - DRH** |
| ) | |
| v. ) | CJRA Track: B |
| ) | |
| **WESTAFF, INC., DAWN WIDEMAN,** ) | Presumptive Trial Month: |
| **and MICHELLE SMITH**, ) | **May, 2008** |
| ) | |
| Defendants. ) | |

## SCHEDULING AND DISCOVERY ORDER

On May 3, 2007, this case was set for a telephone scheduling and discovery conference via conference call on May 30, 2007. Pursuant to **Fed.R.Civ.P. 26(f)** and **SDIL-LR 16.2(a)**, the parties were required to confer and prepare a joint report and proposed scheduling and discovery order. **See, Doc. 19**.

At the appointed time, defense counsel called the court and stated that she had made numerous attempts over the last few days to contact plaintiff by telephone, but the number which plaintiff had given to her was never answered by either a person or a machine. Plaintiff did not himself contact the court. The parties did not confer, and did not submit a joint report and proposed scheduling order to the court.

The court reminds plaintiff that his *pro se* status does not excuse him from complying with this court's orders, the Rules of Civil Procedure, and this District's Local Rules. The obligations placed upon plaintiff by this court's order of May 3, 2007, were clear, and plaintiff has offered no explanation for his failure to comply.

The court also notes that a recent mailing sent to plaintiff has been returned as undeliverable. **See, Doc. 15.** However, the notice setting the scheduling conference has not been returned. Plaintiff at some point gave defense counsel a new address, that is, 10912 Bellflower, Indianapolis, Indiana 46235, but he has not notified the court that he has moved. **Plaintiff is responsible for keeping the court informed of his current address.**

**Failure to do so may result in sanctions, including monetary sanctions and dismissal of this case.  Plaintiff is further informed that failure to follow this court's orders may also subject him to sanctions, including monetary sanctions and dismissal of this case.**

      The Court hereby enters the following scheduling and discovery order:

1. Initial disclosures required by Rule 26(a)(1) shall be served within 20 days of this order.

2. All discovery shall be completed by **January 8, 2008.**

3. Dispositive motions shall be filed by **January 22, 2008.**  Motions filed after that date will not be considered by the court.  Responses shall be filed as provided in **SDIL-LR 7.1**.

      A Settlement Conference is set before Magistrate Judge Proud in accordance with **SDIL-LR 16.3(b)** on **March 20, 2008 at 9:30 a.m.** in the Federal Courthouse, East St. Louis, Illinois.  The parties are to submit their Settlement Statements by **March 6, 2008.**

      A Final Pretrial Conference will be set before District Judge David R. Herndon in accordance with  **SDIL-LR 16.2(b)**.

      The presumptive trial month is **May, 2008.**

      The clerk of court is directed to send copies of this order to plaintiff's address of record *and* to the address on Bellflower noted above.  **Plaintiff is ordered to notify the court in writing of his current address within 10 days of this order.**

      **IT IS SO ORDERED.**

      **DATED:**   May 30, 2007.

      s/ Clifford J. Proud  
      **CLIFFORD J. PROUD**  
      **UNITED STATES MAGISTRATE JUDGE**