IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**IDRIS IBRAHIM SIDDIQI,**

**Plaintiff,**

v.

**WESTAFF, INC.,
DAWN WIDEMAN, and
MICHELLE SMITH,**

**Defendants.**                                                                 **No. 06-CV-0961-DRH**

ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiffs' Second Motion for Extension of Time. (Doc. 25.)  Defendants did not file a response in opposition.  Being fully advised in the premises, the Court **GRANTS** Plaintiffs' motion (Doc. 25), but cautions Plaintiff that this will be the last extension of time granted on this particular motion.  Plaintiff shall submit a response to Defendants' Motion to Dismiss (Doc. 12) **no later than** September 4, 2007.

The court again notifies plaintiff that he is responsible for keeping the court informed of his current address. Failure to do so may result in sanctions, including monetary sanctions and dismissal of this case.  Plaintiff is further informed

that failure to follow this court's orders may also subject him to sanctions, including monetary sanctions and dismissal of this case.

**IT IS SO ORDERED.**

Signed this 3rd day of August, 2007.

/s/         David   RHerndon
**United States District Judge**
