# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IDRIS IBRAHIM SIDDIQI,

      **Plaintiff,**

v.                                  **CIVIL ACTION NO.  06-CV-961 DRH**

WESTAFF, INC.,
**DAWN WIDEMAN and**
**MICHELLE SMITH,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This action came to hearing before the Court on Defendants' motion to dismiss.

      **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and this matter is **DISMISSED** with prejudice**.**  Judgment is entered in favor of Defendants **WESTAFF, INC**., **DAWN WIDEMAN**, and **MICHELLE SMITH** and against Plaintiff **IDRIS IBRAHIM SIDDIQI**.

                                   **NORBERT G. JAWORSKI, CLERK**

 February 11, 2008                  BY:___/s/Patricia Brown_____
                                        Deputy Clerk

APPROVED: /s/  *David R Herndon*
             **CHIEF JUDGE**
             **U.S. DISTRICT COURT**